OPINION — AG — ** TEACHERS SALARIES — PUBLIC RECORD — CONFIDENTIALITY ** TEACHER CONTRACTS, EMPLOYEE PAYROLL CLAIMS, OR ANY OTHER PUBLIC RECORD REFLECTING THE EXACT SALARIES OF PUBLIC SCHOOL TEACHERS AND OTHER PUBLIC EMPLOYEES, ARE SUBJECT TO THE PROVISIONS OF 51 O.S. 24 [51-24] AND THEREFORE ARE REQUIRED TO BE KEPT OPEN FOR PUBLIC INSPECTION. (PUBLIC RECORD, SALARIES, EMPLOYEES, INSPECTION, PERSONNEL) CITE: 51 O.S. 24 [51-24], OPINION NO. 68-156, OPINION NO. 72-194, OPINION NO. APRIL 8, 1944, OPINION NO. AUGUST 9, 1956, OPINION NO. 75-218, 62 O.S. 41.17 [62-41.17], 70 O.S. 6-101 [70-6-101] (JAMES R. BARRETT) ** SEE: OPINION NO. 79-011 (1979) ** ** SEE: OPINION NO. 76-373 (1976) **